PER CURIAM.

(No. 74-CC-831—)

ATLANTIC RICHFIELD Co., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed May 13, 1975.*

D. K. MCINTOSH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.